**Clayburne Scott WILLIAMSON, Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections; C.D. Larsen, Warden, Lunenburg Correctional Center, Defendants–Appellees.**

No. 02–7787.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

Clayburne Scott Williamson, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Clayburne Scott Williamson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williamson v. Angelone*, No. CA–01–561 (E.D.Va. Nov. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*